IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PETER ROSE,** : | |
| : | |
| **Plaintiff,** : | |
| : | **CIVIL ACTION** |
| **v.** : | |
| : | **NO. 16-3681** |
| **JOHN DOWD,** : | |
| : | |
| **Defendant.** : | |

### ORDER

**AND NOW**, this _8th____ day of September, 2017, upon consideration of Defendant John Dowd's Motion Compel (Doc. 28), Plaintiff Peter Rose's Memorandum of Law in Opposition to Defendant's Motion (Doc. 38), and Defendant's Reply (Doc. 43), **IT IS HEREBY ORDERED AND DECREED** that Defendant's Motion is **GRANTED IN PART AND DENIED IN PART** as follows:

1. Within **ten (10) days** of the entry of this Order, Plaintiff shall identify every person who Plaintiff knew to have been 12 to 14 years of age when he first engaged in "sex"[1] or "other sexual conduct"[2] with that person during the time that Plaintiff was a Major League Baseball player or manager; and

2. Defendant's Motion is **DENIED** in all other respects.

**BY THE COURT:**

**/s/ Petrese B. Tucker**
_____
**Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] According to Defendant's interrogatories, "sex" means oral, anal, or vaginal sex.
[2] According to Defendant's interrogatories, "other sexual conduct" means "masturbating in another person's presence, touching another person's genitals, or another person (other than a medical provider) touching [Plaintiff's] genitals.